UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN (MADISON)

| | |
|---|---|
| STEPHANIE NAGEL,<br>Plaintiff,<br><br>vs.<br><br>TOYOTA MOTOR CREDIT CORPORATION; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC; and TRANS UNION, LLC;<br>Defendants. | CASE NO. 3:13-cv-00666-bbc<br><br>Judge Barbara B. Crabb<br>Magistrate Judge Peter A. Oppeneer |

**ORDER OF DISMISSAL WITH PREJUDICE BETWEEN
PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY**

Plaintiff Stephanie Nagel, by counsel, and Defendant Trans Union, LLC, by counsel, having filed their Stipulation Of Dismissal With Prejudice Between Plaintiff And Defendant Trans Union, LLC, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

IT IS, THEREFORE, ORDERED that all claims of Plaintiff Stephanie Nagel against Defendant Trans Union, LLC are dismissed, with prejudice. Plaintiff Stephanie Nagel and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

Date: January 21, 2014

_Barbara B. Crabb_
JUDGE, United States District Court,
Western District of Wisconsin